IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOYD,

    Petitioner,               No. CIV-S-06-1157 MCE KJM P

    vs.

C/O BENTLY,

    Respondent.             <u>ORDER</u>

                            /

        Petitioner, a prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed a completed in forma pauperis affidavit[1] or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

---

[1] On May 30, 2006, petitioner submitted the first page only of the two page request to proceed in forma pauperis.

1

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: September 19, 2006.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

10   1
    boyd1157.101

2