IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOYD, | No. 2:06-cv-1157-MCE-KJM-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| C/O BENTLY, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 16, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.[1]

---

[1] In the findings and recommendations, the magistrate judge recommends that this action be dismissed because petitioner failed to submit an application to proceed in forma pauperis or pay the $5.00 filing fee for this action. On November 30, 2006, petitioner submitted an application to proceed in forma pauperis on the form provided by this court. However, most of petitioner's

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed November 16, 2006 are adopted in full; and
5      2. Petitioner's application for writ of habeas corpus is dismissed.

Dated: March 30, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

answers to the questions on the form do not make sense.